## People of State of Illinois, Defendant in Error, v. Zada Russell, Plaintiff in Error.

Gen. No. 9,650.

666

opinion filed May 26, 1949; released for publica-
tion June 21, 1949. Roger W. Hayes, for plaintiff in error; Stewart
R. Winstein, for defendant in error. Opinion by JUSTICE O'CONNOR.
Not to be published in full.